AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the      District of    Massachusetts

5G INVESTMENT TRUST, LLC

                           SUMMONS IN A CIVIL ACTION

V.

THE CITY OF NEWBURYPORT, CITY OF NEWBURYPORT
ZONING BOARD OF APPEALS and EDWARD RAMSDELL,
ROBERT CIAMPITTI, DUNCAN LABAY, CHARLES
CIOVACCO and LELA LISCHKE WRIGHT, in their
capacities as members of the City of Newburyport
Zoning Board of Appeals, and THE CITY OF
NEWBURYPORT PLANNING BOARD and DANIEL BOWIE, BONNIE
SONTAG, BRIAN TIERNEY, JIM MCCARTHY, HENRY COO,
SUE GROLNIC, DON WALTERS and ANNE GARDNER, in their
capacities as members of the City of Newburyport
Planning Board

CASE NUMBER: 07-CA-11883 MLW

TO: (Name and address of Defendant)

Brian Tierney
51 High Street
Newburyport, MA 01950

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

         William A. Worth, Esq. / Brian S. Grossman, Esq.
         PRINCE, LOBEL, GLOVSKY & TYE LLP
         100 Cambridge Street, Suite 2200
         Boston, MA 02114
         (617) 456-8000

an answer to the complaint which is served on you with this summons, within   twenty (20)   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON
CLERK

(By) DEPUTY CLERK

DATE    OCT 15 2007

**UNITED STATES DISTRICT COURT**

I hereby certify and return that today, October 23, 2007, I served a true and attested copy of the within Summons together with a copy of the complaint in this action upon the within named Brian Tierney, by leaving said copies at 51 High Street, Newburyport, MA 01950 *his/her* last and usual abode. Furthermore, later this same day I mailed (first class postage prepaid) additional true and attested copies to the within named Brian Tierney, at 51 High Street, Newburyport, MA 01950.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on October 23, 2007.

*[signature]*

**David H. Sullivan,** Constable
& Disinterested Person over Age 18.

Service & Travel: $49.00

**Butler and Witten**
Boston, MA
(617) 325-6455